**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISON**

|   |   |   |
|---|---|---|
| APPLIED MEDICAL RESOURCES CORP., | ) ) ) |   |
| Plaintiff, | ) ) | Civil Action No. 9:06-CV-211 |
| v. | ) ) ) | Civil Action No. 9:06-CV-213 |
| TYCO HEALTHCARE GROUP LP and UNITED STATES SURGICAL CORP., | ) ) ) ) | The Honorable Ron Clark |
| Defendants. | ) ) |   |

**STIPULATION AND ORDER OF DISMISSAL**

Pursuant to Federal Rule Of Civil Procedure 41(a)(1)(ii), Plaintiff Applied Medical Resources Corp. ("Applied") and Defendants Tyco Healthcare Group LP and United States Surgical Corp. (collectively "Tyco Healthcare"), by and through their respective counsel, hereby stipulate as follows:

A.   Applied agrees that its claims relating to U.S. Patent No. 5,385,553 in Civil Action No. 9:06-CV-211 may be dismissed, with prejudice.  Based on this agreement, Tyco Healthcare agrees that its defense and counterclaims relating to U.S. Patent No. 5,385,553 in Civil Action No. 9:06-CV-211 may be dismissed as moot.

B.   The parties agree that the dismissals in Section A shall not prejudice or otherwise affect any claim, defense or counterclaim relating to U.S. Patent No. 5,385,553 in Civil Action No. SACV 03-1267 CJC (C.D. California).

C.  Applied agrees that its claims relating to U.S. Patent No. 5,782,812 in Civil Action No. 9:06-CV-213 may be dismissed, with prejudice.  Based on this agreement, Tyco Healthcare agrees that its defense and counterclaims relating to U.S. Patent No. 5,782,812 in Civil Action No. 9:06-CV-213 may be dismissed as moot.

Based on the above stipulations, and in the interest of efficiency and judicial economy, the Court hereby finds, adjudges and rules as follows:

1.  Applied's claims relating to U.S. Patent No. 5,385,553 in Civil Action No. 9:06-CV-211 are hereby dismissed, with prejudice.  Given this dismissal, Tyco Healthcare's defenses and counterclaims relating to U.S. Patent No. 5,385,553 in Civil Action No. 9:06-CV-211 are hereby dismissed as moot.  Given these dismissals, Civil Action No. 9:06-CV-211 is hereby terminated, with each side to bear its own fees and costs.

2.  The dismissals set forth in Section 1 are without prejudice to any claim, defense or counterclaim relating to U.S. Patent No. 5,385,553 in Civil Action No. SACV 03-1267 CJC (C.D. California).

3.  Applied's claims relating to U.S. Patent No. 5,782,812 in Civil Action No. 9:06-CV-213 are hereby dismissed, with prejudice.  Given this dismissal, Tyco Healthcare's defense and counterclaims relating to U.S. Patent No. 5,782,812 in Civil Action No. 9:06-CV-213 are hereby dismissed as moot.  Given these dismissals, Civil Action No. 9:06-CV-213 is hereby terminated, with each side to bear its own fees and costs.

4. This Stipulation And Order Of Dismissal is without prejudice to any claims, defenses and counterclaims in Civil Action Nos. 9:06-CV-151 and 9:06-CV-212.

Respectfully Submitted,

*/s/ Robert Christopher Bunt w/permission*
_____
John M. Desmarais (admitted *pro hac vice*)
Peter J. Armenio (admitted *pro hac vice*)
Young J. Park (admitted *pro hac vice*)
Howard D. Shatz (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
153 East 53rd Street
New York, New York  10022
Tel:  (212) 446-4800
Fax:  (212) 446-4900
Email: jdesmarais@kirkland.com
Email: parmenio@kirkland.com
Email: ypark@kirkland.com
Email: hshatz@kirkland.com

Robert M. Parker   SBN: 15498000
Robert Christopher Bunt   SBN: 00787165
PARKER, BUNT & AINSWORTH, P.C.
100 E. Ferguson, Suite 1114
Tyler, Texas  75702
Tel:  (903) 531-3535
Fax:  (903) 533-9687
Email: rmparker@pbatyler.com
Email: rcbunt@pbatyler.com

Claude E. Welch   SBN: 21120500
Law Office of Claude E. Welch
P.O. Box 1574
Lufkin, Texas  75902-1574
Tel:  (936) 639-3311
Fax:  (936) 639-3049
Email: welchlawoffice@consolidated.net

*Attorneys for Defendants*
*Tyco Healthcare Group LP and*
*United States Surgical Corporation*

By: /s/ *J. Mitchell Smith*
J. Mitchell Smith
State Bar No. 18626900
E-mail: jmsmith@germer.com
**LEAD ATTORNEY**

Lawrence Louis Germer
State Bar No. 07824000
E-mail: llgermer@germer.com
**GERMER GERTZ, L.L.P.**
P.O. Box 4915
Beaumont, Texas 77704-4915
(409) 654-6700 – Telephone
(409) 838-4050 – Telecopier

Attorneys for Plaintiff, APPLIED MEDICAL RESOURCES CORPORATION

OF COUNSEL:
Joseph R. Re (CA Bar No. 134479)
Joseph F. Jennings (CA Bar No. 145920)
Sean M. Murray (CA Bar No. 213655)
Justin L. Sovich (CA Bar No. 243920)
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street
Fourteenth Floor
Irvine, CA 92614
(949) 760-0404
(949) 760-9502

**SO ORDERED:**

This _____ day of _____, 2007

_____
HONORABLE RON CLARK